Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  20–10786–MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas LaVecchia
   5 Division Street
   Brick, NJ 08724

Social Security No.:
   xxx–xx–4167

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               8/12/20
Time:             10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 15, 2020
JAN: mjb

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 20-10786-MBK
Thomas LaVecchia                                                Chapter 13
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Jul 15, 2020
                             Form ID: 132             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db             +Thomas LaVecchia,    5 Division Street,    Brick, NJ 08724-3511
cr             +Claudine Intelisano,    c/o Rebecca D. Boudwin, Esquire,    Comegno Law Group, P.C.,
                 521 Pleasant Valley Avenue,    Moorestown, NJ 08057-3209
r              +Karyn Widland,    Century 21 Lawrence Realty,    1831 Route 88,   Brick, NJ 08724-3533
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518665981       AR Resources Inc,    PO Box 1056,   Blue Bell, PA 19422-0287
518665980      +Affiliate Asset Solutions, Inc.,    145 Technology Pkwy Ste 100,
                 Peachtree Corners, GA 30092-3536
518665982       Barron Emergency Physician,    PO Box 7418,   Philadelphia, PA 19101-7418
518665983       Bureau of Accounts Con,    3601 US Highway 9,   Howell, NJ 07731-3395
518665984       Capital One Auto Finan,    Credit,   Bureau DISPUTE,    Plano, TX 75023
518782867       Citibank, N.A.,    5800 S Corporate Pl,   Sioux Falls, SD 57108-5027
518665987       Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 Saint Louis, MO 63179-0034
518665988       Claudine Intelsiano,    11 Sea Point Dr,   Point Pleasant Boro, NJ 08742-4837
518665989      +Coastal Surgery,    301 Central Ave,    Egg Harbor Township, NJ 08234-8347
518665990       Comegno Law Group, P,    521 Pleasant Valley Ave,    Moorestown, NJ 08057-3209
518704535      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
518665994       Michael B. Cooke, Esq.,    44 Washington St Ste 101,    Toms River, NJ 08753-7662
518665995       Mosaic,    PO Box 820,   Scottsdale, AZ 85252-0820
518665996       Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518747981      +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    P.O. Box 619096,    Dallas TX 75261-9096
518665997       Nationstar/mr Cooper,    350 Highland St,    Houston, TX 77009-6623
518665999       RAS Citron, LLC,    130 Clinton Rd Ste 202,    Fairfield, NJ 07004-2927
518854851      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
518666000       Seapoint Condominium Association,    c/o Pinnacle Property Management,    PO Box 1082,
                 Point Pleasant Boro, NJ 08742-1082
518666002       Solar Mosaic Inc,    Attn: Bankruptcy,    300 Lakeside Dr Fl 24,    Oakland, CA 94612-3534
518666003      +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
518748908      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518666004       Specialized Loan Servicing/Sls,    Attn: Bankruptcy Dept,    8742 Lucent Blvd Ste 300,
                 Highlands Ranch, CO 80129-2386
518666005       State Of NJ- Division Of Taxation,    PO Box 111 Revenue Processing Center,
                 Trenton, NJ 08645-0111
518744454      +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
                 Latham New York 12110-2100
518666008       Thd/Cbna,    PO Box 6497,   Sioux Falls, SD 57117-6497
518735981      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank National Association,     c/o U.S. Bank Home Mortgage,,
                 a division of U.S. Bank N.A.,    4801 Frederica Street,    Owensboro, Kentucky 42301)
518666010       US Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
518666009      +US Bank Home Mortgage,    Attn: Bankruptcy,    800 Nicollet Mall,    Minneapolis, MN 55402-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2020 00:54:35     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2020 00:54:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518665985       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 16 2020 01:03:21
                 Capital One Auto Finance,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518673147      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 16 2020 01:03:51
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518745143      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 16 2020 01:03:51
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,   Houston, TX 77210-4360
518665991       E-mail/Text: bk@concordservicing.com Jul 16 2020 00:54:26     Concord Servicing Corporation,
                 PO Box 150,   Scottsdale, AZ 85252-0106
518665992       E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 16 2020 00:55:02
                 Credit Collection Serv,    PO Box 607,   Norwood, MA 02062-0607
518665986       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 16 2020 01:03:47     Chase Card Services,
                 Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850-5298
518665993       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 16 2020 01:03:48     Jpmcb - Card Service,
                 PO Box 15369,   Wilmington, DE 19850-5369
518665998      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 16 2020 00:55:02
                 Progressive Insurance Company,    PO Box 9134 C/O Credit Collection Servic,
                 Needham, MA 02494-9134
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jul 15, 2020
                              Form ID: 132             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518780942       E-mail/Text: BKRMailOps@weltman.com Jul 16 2020 00:54:38      Solar Mosaic, Inc.,
                 c/o Weltman, Weinberg & Reis Co., LPA,   PO Box 93784,   Cleveland, oH 44101-5784
518666006       E-mail/Text: bankruptcy@td.com Jul 16 2020 00:54:36      Td Bank NA,   32 Chestnut St,
                 Lewiston, ME  04240-7744
518666007       E-mail/Text: bankruptcy@td.com Jul 16 2020 00:54:36      Td Bank, N.A.,   32 Chestnut St,
                 Lewiston, ME  04240-7744
518773766      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2020 01:02:44      Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518666001     ##+Solar Mosaic Inc,   426 17th St,   Oakland, CA 94612-2849
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:
```
          Albert    Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           ajennings@rasflaw.com
          Daniel E. Straffi    on behalf of Debtor Thomas   LaVecchia bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
           rsolarz@kmllawgroup.com
          Rebecca Diane Boudwin    on behalf of Creditor Claudine   Intelisano rboudwin@comegnolaw.com
          Sindi   Mncina    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```