UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)
Caption in Compliance with D.N.J. LBR 9004-1(b)

RAS Citron, LLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 7004
Telephone Number 973-575-0707
Attorneys for Secured Creditor
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
Laura Egerman, Esq.   (LE-8250)

Order Filed on August 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 20-10786-MBK |
| Thomas LaVecchia, | Judge: Michael B. Kaplan |
| Debtor. | Hearing Date: August 12, 2020 |
| | Chapter 13 |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the Objection to Confirmation of Plan (Docket #27) filed by RAS Citron, LLC, counsel for Secured Creditor, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), as to the real property commonly known as 5 DIVISION STREET, BRICK, NEW JERSEY 08724 (the "Property"), and Daniel E. Straffi, Esq. representing the debtor THOMAS LAVECCHIA, and the parties agreeing to the entry of the Order settling the Objection, and for good cause shown; it is ORDERED AND DECREED as follows:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $1,468.48, as set forth in Secured Creditor's timely filed Proof of Claim 5-1, filed March 4, 2020, and subject to Debtor's right to object to the filed Proof of Claim.

3. Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

The undersigned hereby consent to the form and entry of the foregoing order.

The undersigned hereby consent to the form and entry of the foregoing order.

| | |
|---|---|
| _____ | /s/ Laura Egerman<br>_____ |
| Daniel E. Straffi, Esq. | Laura Egerman, Esq. |
| *Attorney for Debtor* | *Attorney for Secured Creditor* |
| Date: | Date:  08/17/2020 |

20-008418
LaVecchia, Thomas
Consent Order Resolving Objection to Confirmation

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas LaVecchia  
    Debtor

Case No. 20-10786-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 27, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.  
db         +Thomas LaVecchia,   5 Division Street,   Brick, NJ 08724-3511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com  
        Aleisha Candace Jennings     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         ajennings@rasflaw.com  
        Daniel E. Straffi     on behalf of Debtor Thomas  LaVecchia bkclient@straffilaw.com,  
         G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
        Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing, LLC  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
        Laura M. Egerman     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,  
         bkyecf@rasflaw.com;legerman@rasnj.com  
        Rebecca Ann Solarz     on behalf of Creditor    Specialized Loan Servicing, LLC  
         rsolarz@kmllawgroup.com  
        Rebecca Diane Boudwin    on behalf of Creditor Claudine   Intelisano rboudwin@comegnolaw.com  
        Sindi   Mncina     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         smncina@rascrane.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 10