Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−10786−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas LaVecchia
   5 Division Street
   Brick, NJ 08724

Social Security No.:
   xxx−xx−4167

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/20/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 20, 2021
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas LaVecchia  
    Debtor

Case No. 20-10786-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 20, 2021      Form ID: 148      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas LaVecchia, 5 Division Street, Brick, NJ 08724-3511 |
| cr | + | Claudine Intelisano, c/o Rebecca D. Boudwin, Esquire, Comegno Law Group, P.C., 521 Pleasant Valley Avenue, Moorestown, NJ 08057-3209 |
| r | + | Karyn Widland, Century 21 Lawrence Realty, 1831 Route 88, Brick, NJ 08724-3533 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518665981 | | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 518665980 | + | Affiliate Asset Solutions, Inc., 145 Technology Pkwy Ste 100, Peachtree Corners, GA 30092-3536 |
| 518665982 | | Barron Emergency Physician, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518665983 | | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 518665984 | | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 518665988 | | Claudine Intelsiano, 11 Sea Point Dr, Point Pleasant Boro, NJ 08742-4837 |
| 518665989 | + | Coastal Surgery, 301 Central Ave, Egg Harbor Township, NJ 08234-8347 |
| 518665990 | | Comegno Law Group, P, 521 Pleasant Valley Ave, Moorestown, NJ 08057-3209 |
| 518704535 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518665994 | | Michael B. Cooke, Esq., 44 Washington St Ste 101, Toms River, NJ 08753-7662 |
| 518665995 | | Mosaic, PO Box 820, Scottsdale, AZ 85252-0820 |
| 518665996 | | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518747981 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. Box 619096, Dallas TX 75261-9096 |
| 518665997 | | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 518665999 | | RAS Citron, LLC, 130 Clinton Rd Ste 202, Fairfield, NJ 07004-2927 |
| 518854851 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518666000 | | Seapoint Condominium Association, c/o Pinnacle Property Management, PO Box 1082, Point Pleasant Boro, NJ 08742-1082 |
| 518666001 | + | Solar Mosaic Inc, 426 17th St, Oakland, CA 94612-2849 |
| 518666002 | | Solar Mosaic Inc, Attn: Bankruptcy, 300 Lakeside Dr Fl 24, Oakland, CA 94612-3534 |
| 519028153 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518666003 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518666005 | | State Of NJ- Division Of Taxation, PO Box 111 Revenue Processing Center, Trenton, NJ 08645-0111 |
| 518744454 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 21 2021 02:18:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518665985 | | EDI: CAPONEAUTO.COM | Jan 21 2021 02:18:00 | Capital One Auto Finance, Attn: Bankruptcy, PO |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 30285, Salt Lake City, UT 84130-0285 |
| 518673147 | + | EDI: AISACG.COM | Jan 21 2021 02:18:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518745143 | + | EDI: AISACG.COM | Jan 21 2021 02:18:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518782867 | | EDI: CITICORP.COM | Jan 21 2021 02:18:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518665987 | | EDI: CITICORP.COM | Jan 21 2021 02:18:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518665991 | | Email/Text: bk@concordservicing.com | Jan 20 2021 23:01:00 | Concord Servicing Corporation, PO Box 150, Scottsdale, AZ 85252-0106 |
| 518665992 | | EDI: CCS.COM | Jan 21 2021 02:23:00 | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 518665986 | | EDI: JPMORGANCHASE | Jan 21 2021 02:18:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518665993 | | EDI: JPMORGANCHASE | Jan 21 2021 02:18:00 | Jpmcb - Card Service, PO Box 15369, Wilmington, DE 19850-5369 |
| 518665998 | + | EDI: CCS.COM | Jan 21 2021 02:23:00 | Progressive Insurance Company, PO Box 9134 C/O Credit Collection Servic, Needham, MA 02494-9134 |
| 518780942 | | Email/Text: BKRMailOps@weltman.com | Jan 20 2021 23:01:00 | Solar Mosaic, Inc., c/o Weltman, Weinberg & Reis Co., LPA, PO Box 93784, Cleveland, oH 44101-5784 |
| 518666006 | | EDI: TDBANKNORTH.COM | Jan 21 2021 02:23:00 | Td Bank NA, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 518666007 | | EDI: TDBANKNORTH.COM | Jan 21 2021 02:23:00 | Td Bank, N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 518666008 | | EDI: CITICORP.COM | Jan 21 2021 02:18:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518735981 | | EDI: USBANKARS.COM | Jan 21 2021 02:23:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 518666009 | + | EDI: USBANKARS.COM | Jan 21 2021 02:23:00 | US Bank Home Mortgage, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 518666010 | | EDI: USBANKARS.COM | Jan 21 2021 02:23:00 | US Bank Home Mortgage, 4801 Frederica St, Owensboro, KY 42301-7441 |
| 518773766 | + | EDI: AIS.COM | Jan 21 2021 02:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518666004 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518748908 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0312-3      User: admin      Page 3 of 3
Date Rcvd: Jan 20, 2021      Form ID: 148      Total Noticed: 48

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Daniel E. Straffi | on behalf of Debtor Thomas LaVecchia bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing  LLC rsolarz@kmllawgroup.com |
| Rebecca Diane Boudwin | on behalf of Creditor Claudine Intelisano rboudwin@comegnolaw.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12